[No. 52603-1-I. Division One. August 23, 2004.]

EZAT NOURBAKHSH, ET AL., *Appellants*, v. ROBERT F. MELVIN, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 01-2-26767-1, Mary Yu, J., entered June 25, 2003. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Agid, JJ.

[No. 52716-9-I. Division One. August 23, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ARNOLD COOK-YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-00290-5, Brian D. Gain, J., and Richard Bathum, J. Pro Tem., entered July 21, 2003. *Affirmed* by unpublished per curiam opinion.

[No. 52748-7-I. Division One. August 23, 2004.]

BELLEVUE SQUARE MANAGERS, INC., *Respondent*, v. GRS CLOTHING, INC., *Defendant*, KOLONAKI PROPERTIES, INC., *Appellant*.

Appeal from judgments of the Superior Court for King County, No. 03-2-19567-7, Glenna Hall, J., entered March 28, April 1, June 25, and July 8 and 25, 2003. *Affirmed* by unpublished opinion per Agid, J., concurred in by Grosse and Becker, JJ. Now published at 124 Wn. App. 238.

[No. 52766-5-I. Division One. August 23, 2004.]

*In the Matter of the Marriage of* CINDY MARIE FRIEND, *Respondent*, and JOHN WAYNE FRIEND, *Appellant*.

Appeal from a judgment of the Superior Court for Pacific County, No. 99-3-00027-2, Douglas Goelz, J. Pro Tem., entered August 19, 2004. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Agid, JJ.